UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT MUNIZ | * | CIVIL ACTION NO. |
| | * | |
| VERSUS | * | SECTION |
| | * | |
| MICHAEL CYPRIAN, JOHN THEVENOT, | * | MAGISTRATE |
| JOHN FORTUNATO, NATHAN PENTON, | * | |
| AND NEWELL NORMAND, INDIVIDUALLY | * | |
| AND IN HIS CAPACITY AS SHERIFF OF | * | |
| JEFFERSON PARISH | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### COMPLAINT FOR DAMAGES

The Complaint of Robert Muniz, a person of the full age of majority and resident of the State of Louisiana, Parish of Jefferson respectfully avers:

I

Defendants, Michael Cyprian, John Thevenot, John Fortunato, Nathan Penton and Newell Normand are all persons of the full age of majority and residents of the State of Louisiana, Parish of Jefferson.

II

All Defendants are agents of the State of Louisiana, Parish of Jefferson and did act in concert under color of law to violate Plaintiff's federally protected civil rights as follows.

III

On January 3, 2008, Defendants did arrange to have Plaintiff arrested and prosecuted on an untrue criminal charge of illegal possession of narcotics.

IV

The threat of said criminal prosecution ended in August of 2010 with the completion by Plaintiff of the District Attorney's Diversion Program.

V

In addition, Defendants, acting in concert, did wrongfully arrange to have Plaintiff discharged from his position as a process server for the Parish of Jefferson and did give false information to the Louisiana Board of Review, Office of Regulatory Services at his appeal hearing.

VI

Said discharge did wrongfully deprive him of the federally protected right of employment.

VII

In addition, Michael Cyprian did on or about January 3, 2008, acting under color of law, wrongfully invade and search Plaintiff's home with neither warrant nor probable cause.

VIII

In addition, Defendant, John Fortunato, did defame Plaintiff causing to be published in the newspaper and broadcast in various news media false information concerning the commission of a crime by Plaintiff and the circumstances thereof. Said Defendant was acting under color of law at the time of said defamation.

IX

By reason of the foregoing, Plaintiff has sustained damages in the amount of ONE MILLION DOLLARS.

X

Plaintiff is also entitled to punitive damages in the amount of FIVE MILLION DDOLLARS plus attorney's fees as set by This Honorable Court.

XI

Plaintiff brings this action under 42 USC 1983 and 42 USC 1985, *et seq*.

XII

Plaintiff is entitled to and requests Trial by Jury.

XIII

Because of his poverty, Plaintiff is unable to pay the costs of this litigation either in advance or as they accrue and asks that he be permitted to proceed in FORMA PAUPERIS.

WHEREFORE, Plaintiff prays that after due proceeding had there may be judgment herein in his favor and against Defendants, jointly, severally, and in solido in the full sum of One Million Dollars plus Five Million Dollars punitive damages, plus attorney's fees as set by This Honorable Court, plus interest and costs and for such other and further relief as the justice of the cause may require; and that he be allowed to proceed in FORMA PAUPERIS and for Trial by Jury.

Respectfully submitted,

S/Charles W. Dittmer, Jr.
CHARLES W. DITTMER, JR. (Bar No. 4966)
3005 HARVARD AVENUE, SUITE 101
METAIRIE, LOUISIANA 70006
TELEPHONE (504)887-2700
FACSIMILE (504) 247-0139
cwdjrlawyer@netscape.net
admin@cwdlawyer.ntcmail.net

PLEASE SERVE:

MICHAEL CYPRIAN
1233 Westbank Expressway
Harvey, LA 70058

JOHN THEVENOT
1233 Westbank Expressway
Harvey, LA 70058

JOHN FORTUNATO
1233 Westbank Expressway
Harvey, LA 70058

NATHAN PENTON
1233 Westbank Expressway
Harvey, LA 70058

NEWELL NORMAND, INDIVIDUALLY
AND IN HIS CAPACITY AS SHERIFF OF
JEFFERSON PARISH
1233 Westbank Expressway
Harvey, LA 70058